# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-01802-RM-STV

THE ESTATE OF ROBERT VALLINA,
JUAN J. VALLINA, personally, and
MARTHA VALLINA, personally an as personal representative of the estate of Robert Vallina, deceased,

    Plaintiffs,

v.

THE COUNTY OF TELLER SHERIFF'S OFFICE and its DETENTION FACILITY,
SHERIFF MIKE ENSMINGER, in his official capacity,
DEPUTY CHRISTIANSON, in his official capacity,
DEPUTY JOHNSON, in his official capacity, and
JOHN/JANE DOE (1-20), in their respective individual and official capacities,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Raymond P. Moore on September 13, 2017,

IT IS ORDERED that Defendants' Motion for Summary Judgment (Doc. 85, 91) is granted.   It is

FURTHER ORDERED that Plaintiffs' claims against all Defendants are dismissed.   It is

FURTHER ORDERED that Defendants' Motion for Leave to Cite Supplemental Authority (Doc. 157) is moot.   It is

FURTHER ORDERED that judgment is entered in favor of the defendants and

against the plaintiffs.   It is

    FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 14th day of September, 2017.

                                FOR THE COURT:
                                JEFFREY P. COLWELL

                                By:   s/C. Pearson
                                        C. Pearson, Deputy Clerk